**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 07095 |
| Angela Robinson . | ) | HON. A. Benjamin Goldgar |
| DEBTOR. | ) | CHAPTER 13 |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

See Attached Service List

PLEASE TAKE NOTICE that on July 9, 2019, at 9:30 A.M., in courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE A. Benjamin Goldgar or before any judge sitting in his place and stead, and shall then and there present the attached MOTION TO MODIFY PLAN at which place and time you may appear if you see fit.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 18, 2019.

___/s/ *Jeremy M. Nevel*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-07095<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun 18 15:58:35 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ALIGNCUMULUS<br>325 W Huron St #300<br>Chicago, IL 60654-9132 | Advocate Medical Group<br>29368 Network Place<br>Chicago, IL 60673-1293 | Advocate Medical Group<br>PO Box 92523<br>Chicago, IL 60675-2523 |
| Ally Financial<br>200 Renaissance CTR<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | AmeriCash Loans, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 |
| Americash - Bankruptcy<br>880 Lee Street<br>Suite 302<br>Des Plaines, IL 60016-6487 | Americash - Bankruptcy<br>Mkt Square Shop Ctr<br>180 S Bolingbrook Dr<br>Bolingbrook, IL 60440-2852 | Arrowhead Advance<br>Po Box 6048<br>C/O Wakpamni Lake Community Corporation<br>Pine Ridge, SD 57770-6048 |
| Bayshore Properties<br>c/o:  Kahn Sanford LLP<br>180 N Lasalle #2025<br>Chicago, IL 60601-2611 | Big Picture Loans<br>E23970 Pow Wow Tribal<br>Watersmeet, MI 49969 | Brandon S. Lefkowitz<br>24100 Southfield Road, Suite 203<br>United States<br>Southfield, MI 48075-2851 |
| CAPITAL ONE<br>P O Box 30253<br>Salt Lake City, UT 84130-0253 | COMENITY BANK/ASHSTWRT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | Capital One<br>11013 W Broad St<br>Glen Allen, Virginia 23060-6017 |
| Check Into Cash/dba/Check Into Cash of India<br>Attn:Collections<br>PO Box 550<br>Cleveland, TN 37364-0550 | Check into Cash<br>1637 S. Cicero<br>Cicero, IL 60804-1520 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 |
| Citizens Bank NA<br>480 JEFFERSON BLVD<br>WARWICK, RI 02886-1359 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 |
| Dish Network<br>9601 S Meridian Blvd<br>Englewood, Colorado 80112-5905 | Dish Network<br>PO Box 530714<br>Atlanta, GA 30353-0714 | FED LOAN SERV<br>P.O. Box 60610<br>Cornwall, PA 17016 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | First Premier Bank<br>Jefferson Capital Systems LLC<br>c/o Kelly Lukason<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Green Valley Cash<br>P.O Box 615<br>Hays, MT 59527-0615 |

| | | |
|---|---|---|
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | Harley-Davidson Credit<br>PO Box 15129<br>Palatine, IL 60055-0001 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Harris & Harris Ltd<br>111 W Jackson Blvde S-400<br>Chicago, IL 60604-4135 | IDES - Bankruptcy Department<br>PO Box 4385<br>Chicago, IL 60680-4385 | Illinois Department of Employment Security<br>Bankruptcy Unit Collection Subdivision<br>33 South State Street 10th Floor<br>Chicago IL 60603-2808 |
| Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 | Johnson, Justin<br>231 Dogwood St<br>Park Forest, IL 60466-1862 | LENDING CLUB CORP<br>71 STEVENSON ST STE 300<br>SAN FRANCISCO, CA 94105-2985 |
| LendingClub Corporation<br>71 Stevenson Street, Suite 1000<br>San Francisco, CA 94105-2967 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BANK CORP<br>One Paces West<br>Suite 1400<br>Atlanta, GA 30327-2734 |
| Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Money Lion LLC<br>501 5th Ave<br>New York, NY 10017-6107 |
| Murphy, Bertam<br>7602 Columbia Avenue<br>Hammond, IN 46324-3025 | NELNET LOANS<br>6420 SOUTHPOINT PKWY<br>JACKSONVILLE, FL 32216-0946 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCB/WALMAR<br>PO BOX 965024<br>EL PASO, TX 79998 | Stroger Hospital of Cook County<br>1900 W Polk Street<br>Chicago, IL 60612-3723 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US DEP ED<br>PO Box 8937<br>Madison, WI 53708-8937 | US Dep Ed<br>PO Box 5609<br>Greenville, TX 75403-5609 |
| Aaron M Weinberg<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | Angela Robinson<br>10828 S Union<br>Chicago, IL 60628-3116 | Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Steve Miljus
The Semrad Law Firm, LLC
20 S Clark, 28th
Chicago, IL 60603

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Harley-Davidson Credit Corp.

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 07095 |
| Angela Robinson, ) | HON. A. Benjamin Goldgar |
| DEBTOR. ) | CHAPTER 13 |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Angela Robinson, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order Modifying Debtor' Chapter 13 Plan of Reorganization as set forth below, and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on March 12, 2018.

3. This Honorable Court confirmed the instant case on May 8, 2018.

4. That the Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $650.00 on a monthly basis for a term of 36 months.

5. That the Debtor's Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors to be paid 10% of their allowed claims.

6. That Debtor received a $2,272.00 refund upon filing the 2018 Federal Tax Return.

7. That the Debtor is entitled to retain $1,200.00 of the $2,272.00 tax refund pursuant to Section 2.3 of the confirmed Plan with the remaining $1,072.00 of the tax refund owed to the Chapter 13 Trustee.

8. That Debtor spent $1,072.00 of her 2018 tax refund on moving expenses and a

        security deposit.  Please see Exhibit A.

9.       Debtor respectfully requests that this Honorable Court waive $1,072.00 of the 2018 tax refund owed to the Chapter 13 Trustee.

10.      Debtor is in a position to continue with the plan of reorganization.

11.      That the Debtor has every good faith intention of completing the Chapter 13 Plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order Modifying the Debtor's Chapter 13 Plan as follows:

A.      That $1,072.00 of the Debtor's 2018 Federal Tax Refund is waived; and

B.      For such other and further relief as this Court deems fair and just.

Respectfully Submitted,

 /s/ *Jeremy M. Nevel*
Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625