UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-07095 |
| Angela Robinson | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtors for entry of an Order modifying the
Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1.That $1,072.00 of the Debtor's 2018 Federal Tax Refund is ~~waived~~ *denied.*          *abc*

Enter:

_United States Bankruptcy Judge_

Dated:          2 3 JUL 2019

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark St. 28th Floor,
Chicago, IL 60603

Rev: 20151029_bko